IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02681-BNB

RODNEY R. VALENZUELA,
    Applicant,

v.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 4 2011

GREGORY C. LANGHAM
CLERK

---

ORDER TO FILE SUPPLEMENT TO PRE-ANSWER RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 filed on November 3, 2010, in this action, the Court ordered Respondents to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). On November 30, 2010, Respondents filed a Pre-Answer Response and on December 28, 2010, Applicant filed a reply to the Pre-Answer Response.

Respondents argue in the Pre-Answer Response that part of Applicant's second claim as well as Applicant's third and seventh claims are not exhausted. Respondents also state specifically that Applicant still has the opportunity to exhaust his seventh claim in state court. However, Respondents do not address whether Applicant still may raise the unexhausted portion of his second claim and his third claim in state court or whether those claims may be procedurally barred. Because procedural default is an affirmative defense, *see Hooks v. Ward*, 184 F.3d 1206, 1216 (10th Cir. 1999),

Respondents will be directed to file a supplement to the Pre-Answer Response that addresses whether Applicant still may raise the unexhausted portion of his second claim and his third claim in state court or whether those claims may be procedurally barred.  Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondents shall file a supplement to their Pre-Answer Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the supplement to the Pre-Answer Response** Applicant may file a Reply, if he desires.

DATED January 14, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02681-BNB

Rodney R. Valenzuela
Prisoner No.  96655
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Elizabeth Fraser Rohrbough
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**


        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals on January 14, 2011.

                                    GREGORY C. LANGHAM, CLERK


                                    By: _____
                                                 Deputy Clerk