**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 0 2012

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Civil Action No. 10-cv-02681 WJM

RODNEY R. VALENZUELA

    Petitioner,

vs.

ANGEL MEDINA, Warden, L.C.F. and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 7th day of September, 2012.

BY THE COURT:

William J. Martinez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02681 WJM

Jefferson County District Court
Jefferson County Court & Administrative Facility
100 Jefferson County Pkwy
Golden, CO 80401

Elizabeth Fraser Rohrbough - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Rodney R. Valenzuela
# 96655
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  9/10/2012  .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
Deputy Clerk